ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAMIAN MEJIA TELLEZ,<br>Defendant. | CASE NO. 1:26-CR-00135-JLT-SAB<br><br>STIPULATION TO VACATE STATUS CONFRENCE AND SCHEDULE CHANGE OF PLEA HEARING; ORDER |

IT IS HEREBY STIPULATED between the parties that the status conference set for September 2, 2026, can be vacated and that a change of plea hearing can be scheduled for August 24, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The parties have reached a plea agreement to resolve this case and will file the signed agreement shortly.

DATED: August 7, 2026

Respectfully submitted,

By: /s/ *Adilene Flore-Estrada*
ADILENE FLORES-ESTRADA
Attorney for Defendant

By: /s/ *Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

**ORDER**

Upon the parties' stipulation, and for good cause shown, the status conference that is scheduled for September 2, 2026, is vacated, and a change of plea hearing is scheduled for August 24, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston. Defendant is ordered to be present.

IT IS SO ORDERED.

Dated: **August 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge